UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENYA JONES, the mother and/or next best Friend of D.J., a minor, <br><br> Plaintiff, <br><br> vs. <br><br> KIMBERLY DON-WHITNEY, CHICAGO BOARD OF EDUCATION, and the CITY OF CHICAGO., <br><br> Defendants. | Case No. 1:18-cv-05736 <br><br> Honorable Harry D. Leinenweber <br><br> Magistrate Judge Young B. Kim |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES the Plaintiff, Kenya Jones (hereinafter "Plaintiff"), the mother and/or next best friend of D.J., a minor, by and through her attorneys of The Blake Horwitz Law Firm, Ltd., and hereby moves this Honorable Court for leave to file her Amended Complaint. [Exhibit A]. In support of said Motion, the Plaintiff states as follows:

1. On August 22, 2018, the Plaintiff filed her Complaint at Law. [Dkt. No. 1].

2. On October 5, 2018, Defendant Board of Education of the City of Chicago ("Defendant Board") filed its Answer. [Dkt. No. 8]. In the Defendant Board's Answer, it stated that both the Defendant Board and the individual Defendant were misnamed in the Complaint.

3. On November 1, 2018, the parties appeared before the Court for a status hearing. At that hearing, the Court advised Plaintiff's counsel that the City of Chicago is not a proper Defendant.

4. The Plaintiff now moves to amend her Complaint.

5. The reasons for filing an Amended Complaint are as follows:

    a. To dismiss the City of Chicago as a Defendant;

    b. To properly name Kimberly Dawn Whitney as a Defendant; and

    c. To properly name the Board of Education of the City of Chicago as a Defendant.

6. The Plaintiff's original Complaint and Amended Complaint arise out of the same set of facts: Plaintiff's minor daughter being struck by Defendant Whitney.

7. Allowing the Plaintiff leave to file her Amended Complaint would be consistent with the principles of justice. There will be no prejudice toward the Defendants in allowing the Plaintiff to amend her Complaint.

8. Allowing the Plaintiff leave to file her Amended Complaint will not significantly delay litigation.

WHEREFORE, the Plaintiff prays that this Honorable Court grant the Plaintiff leave to file her Amended Complaint.

Respectfully submitted,

*s/Jeffrey C. Grossich*
One of the Plaintiff's Attorneys

Blake Horwitz, Esq.
Jeffrey C. Grossich, Esq.
**The Blake Horwitz Law Firm, Ltd.**
111 W. Washington St., Ste. 1611
Chicago, IL 60602
Phone: (312) 676-2100
Fax: (312) 445-8741

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENYA JONES, the mother and/or next best Friend of D.J., a minor, | |
| Plaintiff, | Case No. 1:18-cv-05736 |
| vs. | Honorable Harry D. Leinenweber |
| KIMBERLY DON-WHITNEY, CHICAGO BOARD OF EDUCATION, and the CITY OF CHICAGO., | Magistrate Judge Young B. Kim |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 10, 2018, he caused the above and foregoing **Plaintiff's Motion for Leave to File Amended Complaint** to be filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

Christina Jaremus
Susan J. Best
Board of Education of the City of Chicago
Law Department, One North Dearborn, Suite 900
Chicago, Illinois 60602
cjaremus@cps.edu
sjbest@cps.edu

                                                    Respectfully submitted,

                                                  *s/Jeffrey C. Grossich*
                                                  One of the Plaintiff's Attorneys

Blake Horwitz, Esq.
Jeffrey C. Grossich, Esq.
**The Blake Horwitz Law Firm, Ltd.**
111 W. Washington St., Ste. 1611
Chicago, IL 60602
Phone: (312) 676-2100
Fax: (312) 445-8741

3